Roger Dale **MILLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 51910.**

Missouri Court of Appeals, Eastern District, Division Five.

June 23, 1987.

Motion for Rehearing and/or Transfer Denied July 21, 1987.

Application to Transfer Denied Sept. 15, 1987.

Elizabeth R. Brown, St. Louis, for appellant.

William L. Webster, Atty. Gen., Kurt A. Hentz, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM.

This is an appeal from the denial of a Rule 27.26 motion to vacate a jury conviction of appellant for armed criminal action, § 571.015 RSMo. 1978. Appellant was sentenced to twenty (20) years imprisonment as a persistent offender.

An extended opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).